**Mattie Bloom, appellee, v. The Rudolph Wurlitzer Company, appellant. Gen. No. 23,863.**

Replevin to recover piano taken by defendant under chattel mortgage. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Joseph P. Rafferty, Judge, presiding. Heard in

the Branch Appellate Court at the October term, 1917.   Affirmed. Opinion filed October 16, 1918.

Robert J. Devine, for appellant.   Shulman & Shulman and Meyer Abrams, for appellee.

Mr. Justice Taylor delivered the opinion of the court.

---

Mr. Justice Taylor delivered the opinion of the court.